JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>            Plaintiff,<br><br>v.<br><br>TED S. MAYEDA, in his individual and representative capacity as trustee of the Ted S. Mayeda Trust; M & M NURSERY, INC., a California Corporation; and Does 1-10,<br><br>            Defendants. | Case: 8:15-CV-01032-ODW-AJW<br><br>**ORDER** |

## **ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated:  August 5, 2015_   _____       *[signature]*     _____

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE